AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
Oct 29, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

United States of America
v.

JENALYN STEWART

*Defendant(s)*

Case No. 2:26-mj-0164 CKD

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 5, 2024 in the county of Solano in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 611 | Voting by an Alien in a Federal Election<br><br>Penalty: A maximum of up to 1 year in prison; or Fine of up to $100,000; or both fine and imprisonment Supervised release up to 1 year. $25 special assessment. |

This criminal complaint is based on these facts:

(see attached Affidavit)

☒ Continued on the attached sheet.

/s/
*Complainant's signature*

Rachelle Willhoit, SA HSI
*Printed name and title*

Sworn to me and signed via telephone.

Date: October 29, 2026

Carolyn K. Delaney
*Judge's signature*

City and state: Sacramento, California

Carolyn K. Delaney
United States Chief Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Rachelle Willhoit, a Special Agent with Homeland Security Investigations, having personally participated in an investigation of the conduct of JENALYN STEWART, and having spoken with other law enforcement officers and individuals, have knowledge of the following facts. Because this Complaint is submitted for the limited purpose of establishing probable cause, I have not included all facts known to me concerning this investigation. The contents of documents and the actions, statements, and conversations of individuals referenced below are provided in substance and in part, unless otherwise indicated. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. This affidavit is submitted for the purpose of establishing probable cause for the issuance of a criminal complaint and arrest warrant, charging that from on a date unknown, but no later than on or about November 5, 2024 in the Eastern District of California and elsewhere, JENALYN STEWART (STEWART) violated 18 U.S.C. § 611(a)) (Voting by an Alien in a Federal Election).

2. At all times relevant to this Complaint:

   a. A United States citizen was a native of the United States; a person naturalized in the United States; or a person who derived U.S. citizenship (from one or both parents); and who owed allegiance to the United States and was entitled to its full rights, privileges, and protection.

   b. An alien was any person not a citizen or national of the United States. This included immigrants (e.g. lawful permanent residents) and non-immigrants (e.g. individuals who were admitted to the United States for a temporary duration, such as a student, a visitor or a temporary worker).

   c. A lawful permanent resident ("LPR") was an alien who had been conferred permanent resident status in the United States (colloquially known as a "Green Card" holder). An Alien Registration Receipt Card (also known as a "Green Card") was issued to lawful permanent

residents as evidence of their status. Upon meeting the statutory prerequisites for naturalization, an LPR could apply to become a naturalized United States citizen.

d. In order to register to vote in the State of California, an applicant was required to certify and attest that they met certain eligibility requirements, including the requirement that he/she was a United States Citizen at the time that he/she registered to vote. *See* Cal. Elec. Code § 2101(a) ("A person entitled to register to vote shall be a United States citizen[.]"

e. Upon successfully registering to vote in California, an applicant was authorized to vote in California state and local elections, as well as in federal elections.

f. STEWART was a Lawful Permanent Resident living in Solano County, California since at least 2021, having entered the United States on January 3, 2021, as a Lawful Permanent Resident (IR1, Spouse of a United States Citizen) from her country of birth, the Philippines..

3. On or about August 27, 2021, STEWART registered to vote in California. By doing so, STEWART certified that she was a United States citizen under the penalties of perjury. Specifically, STEWART submitted a California Voter Registration application online through the California Secretary of State's website. The information listed on STEWART's registration matched STEWART's place of birth, date of birth, and addresses listed on other governmental forms, including on immigration documents and California Department of Motor Vehicle forms. STEWART's form reflected a preference for ballots in English and included requests to permanently receive a vote-by-mail ballot prior to every election and to receive voter guides and sample ballots before each statewide election.

4. The California Secretary of State voter registration form listed STEWART's place of birth as the Philippines. The voter registration form also contained a signature block with STEWART's signature at the bottom of the form. Above the signature were two separate attestations in which STEWART affirmed she was a U.S. Citizen and therefore eligible to vote in California. To the right above the signature block were a series

of eligibility checkboxes, the first reading "I am a U.S. Citizen." On STEWART's form, that box was checked, indicating she claimed U.S. citizenship. To the left above STEWART's signature was another attestation beginning with: "Read, sign and date below: I am a U.S. citizen." STEWART checked "No," to the question of whether someone helped her fill out the voter registration form.

5. Based on the information that STEWART provided in her registration application, including her false statement that she was a United States citizen, STEWART's application to register to vote was accepted, and she was successfully registered to vote in the State of California.

6. Records indicate that STEWART submitted completed mail-in ballots for the 2024 general presidential election and the 2025 statewide special election on redistricting. The 2024 general election included at least in part candidates for the office of President, Vice President, Member of the Senate, or Member of the House of Representatives. At all times relevant to the complaint, STEWART lived in the Eastern District of California and was assigned a voting precinct in the Eastern District of California.

7. Certified "Voter Participation" records for STEWART from the Solano County Registrar of Voters returned a completed and signed provisional ballot envelope identifying that STEWART voted in the November 5, 2024 general election. The Solano County ROV produced a scan of the provisional ballot envelope from the 2024 federal election. The signature on the envelope appears consistent with the signatures reflected on STEWART's voter registration, DMV, and immigration records, as shown below.


OUR BALLOT WILL NOT BE COUNTED WITHOUT YOUR SIGNATURE
e voter must sign the declaration underneath the flap of this envelope in his or her
n handwriting in order for the ballot to be counted.

YOU MUST SIGN YOUR NAME BELOW FOR YOUR BALLOT

SIGNATURE REQUIRED (Power of Attorney NOT ACCEPTABLE)

I authorize the person below to return my ballot:

Print Their Name

Their Signature

Relationship to voter

WARNING: VOTING MORE THAN ONCE IN THE SAME ELECTION IS A CRIME IN THE STATE OF CALIFORNIA.

1

JENALYN DACULLO STEWART
Residential address at time of mailing this ballot (CA EC 3011):
336 COTTONWOOD DR

Precinct: 17300 BT: 55 PERM
VBM ID: 8357822 Voter ID: 10757442

8. Certified "Voter Participation" records for STEWART from the Solano County Registrar of Voters returned a completed and signed provisional ballot envelope identifying that STEWART voted in the November 4, 2025 statewide special election. The Solano County ROV produced a scan of the provisional ballot envelope from the 2025 statewide special election. The signature on the envelope appears consistent with the signatures reflected on STEWART's voter registration, her 2024 federal election ballot envelope, and DMV and immigration records, as shown below.


YOUR BALLOT WILL NOT BE COUNTED WITHOUT YOUR SIGNATURE
The voter must sign the declaration underneath the flap of this envelope in his or her own handwriting in order for the ballot to be counted.

...ter's registration card. This may include the signature appearing on your driver lice...
YOU MUST SIGN YOUR NAME BELOW FOR YOUR BALLO...

X Jenalyn Dacullo Stewart
SIGNATURE REQUIRED (Power of Attorney NOT ACCEPTABLE)

I authorize the person below to return my ballot:

Print Their Name

Their Signature

Relationship to voter

WARNING: VOTING MORE THAN ONCE IN THE SAME ELECTION IS A CRIME IN THE STATE OF CALIFORNIA.

1

Precinct: 17350 BT: 1 PERM
VBM ID: 9208270 Voter ID: 10757442

12737

SOLA0825R002 - 1CBRM IMB TR w/peel E

JENALYN DACULLO STEWART
Residential address at time of mailing this ballot (CA EC 3011):
P.O Box 5472
Vallejo CA. 94591

9. In or about April 2021, STEWART submitted paperwork for a driver's license or ID Card with California Department of Motor Vehicles ("CaDMV"). The CaDMV application included a voter eligibility and registration section asking if the individual completing the form was a U.S. citizen. On STEWART's form, this box was marked "No," indicating STEWART affirmed she was not a U.S. Citizen and not eligible to vote.

10. STEWART submitted additional paperwork for the California Department of Motor Vehicles in 2023 and 2024. These forms again included sections on voter eligibility and registration and asked if the individual completing the form was a U.S. citizen. On both forms, the box was marked "No,"

indicating STEWART affirmed she was not a U.S. Citizen and not eligible to vote in 2023 and 2024.

11. STEWART's "Voter Detail" in Solano County, California is as follows:

Registration Status: Cancelled
Registration Date: 08/27/2021
Reason for Change: Moved Out of State
Registration Source: Online Voter Registration
Registration Method: Online via the SOS Website
Residential Address: 336 Cottonwood Drive, Vallejo, CA 94591

12. STEWART became a Lawful Permanent Resident on or about January 3, 2021. In or about January 2021, STEWART entered the United States from the Philippines as a Lawful Permanent Resident, (IR1, Spouse of a United States Citizen). STEWART previously married her husband, a U.S. Citizen, on February 18, 2018.

13. In or about March 2026, STEWART filed an N-400 Application for Naturalization, which currently remains in pending status. As part of this application, STEWART was asked the following on the form: "Have you EVER claimed to be a U.S. citizen (in writing or any other way)?". Stewart selected the box for "No". The form also asked: "Have you EVER registered to vote or voted in the Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer "No.". STEWART selected the box for "Yes" and wrote "See declaration, for explanation".

14. In the declaration attached to her N-400 Application for Naturalization, dated March 2, 2026, STEWART acknowledged voting in the 2024 federal general election. STEWART stated in her declaration that she "unintentionally registered to vote and voted in a Federal Election." STEWART did not mention voting in the 2025 statewide special election. For the 2024 Federal election, Stewart goes on to say that that she "mistakenly voted for Kamala Harris in the November 2024 election. She did not win the election, so my mistaken vote did not affect the election results."

15. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about November 5, 2024, in the Eastern District of California and elsewhere, STEWART voted as an alien in the 2024

federal general election, in violation of Title 18, United States Code, Section 611(a).

16. I further request that the Court order that all papers in support of this application, including the application, this affidavit, and the clerk of court's docket sheet, be sealed until further order of the Court. These documents pertain to an ongoing criminal investigation that is not public, and the defendant has not yet been arrested in connection with this matter. Accordingly, I believe there is reason to seal these documents because their premature disclosure may seriously jeopardize the investigation or cause the defendant to flee prosecution or destroy evidence.

/s/
______________________________
Rachelle Willhoit, Special Agent
Homeland Security Investigations

SWORN before me telephonically pursuant to Fed. R. Crim. P. 4.1(d)(3) on October 29, 2026.

______________________________
HONORABLE CAROLYN K. DELANEY
UNITED STATES CHIEF MAGISTRATE JUDGE

Approved as to form:
/s/ *Kevin C. Khasigian*
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

**United States v. JENALYN STEWART**
**Penalties for Criminal Complaint**

**COUNT 1:**

VIOLATION: 18 U.S.C. § 611 – Voting by an Alien in a Federal Election

PENALTIES: A maximum of up to 1 year in prison; or
Fine of up to $100,000; or both fine and imprisonment
Supervised release up to 1 year

SPECIAL ASSESSMENT: $25