ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

**FILED**
**Oct 30, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JENALYN STEWART,<br>Defendant. | CASE NO. 2:26-cr-0211 AC<br><br>18 U.S.C. § 611 – Voting by an Alien in a Federal Election (One Count) |

# I N F O R M A T I O N

COUNT ONE: [18 U.S.C. § 611 – Voting by an Alien in a Federal Election]

The United States Attorney charges: T H A T

JENALYN STEWART,

defendant herein, an alien, and citizen and national of the Philippines, and lawful permanent resident of the United States, and having registered to vote in 2021 and declaring that she was a United States citizen, and fully knowing she was not a United States citizen, on or about November 5, 2024, in the County of Solano, State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, Member of the Senate, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

Dated: October 30, 2026

ERIC GRANT
United States Attorney

By: */s/ Kevin C. Khasigian*
KEVIN C. KHASIGIAN
Assistant United States Attorney

**United States v. JENALYN STEWART**
**Penalties for Information**

**COUNT 1:**

VIOLATION: 18 U.S.C. § 611 – Voting by an Alien in a Federal Election

PENALTIES: A maximum of up to 1 year in prison; or
Fine of up to $100,000; or both fine and imprisonment
Supervised release up to 1 year

SPECIAL ASSESSMENT: $25 (mandatory on each count)